IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA — ATLANTA

Moussa Diarra (movant)                    §
                                          §
     vs.                                  §  Case no. 1:20-CV-5263
                                          §
Red Roof Inn                              §  Judge, Victoria Calvert
                                          §
          Defendant.                      §
                                          §
                                          §

## Notice of Appeal

This notice is to appeal the violations of Federal Civil Court Rules, Rule 77 — conducting buisness; Clerk's Authority; notice of an order or judgement;

Pluntiff, has (been) denied rights or priveages, copys, or documents, etc.

signed january 08 2025

                          Moussa Diarra
                          SOID: 001059159
                          Cobb County Sheriff
                          PO Box 100110
                          Marietta, Georgia 30061

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

| | |
|---|---|
| **KEVIN P. WEIMER**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>404-215-1655 |

January 23, 2025

**Moussa U'nfa Diarra**
**001059159**
**Cobb County Adult Detention Center**
**PO Box 100110**
**Marietta, GA 30061**
**PRO SE**

Re:  (Moussa U'nfa Diarra, Movant) W.K. et al v. Red Roof Inns, Inc. et al
     Civil Action No.: 1:20-cv-5263-VMC

Dear Mr. Diarra:

On January 16, 2025, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__    Appeal fee $605.00 (Docketing fee $600.00 and Filing fee $5.00)

__X__    Application to proceed on appeal in forma pauperis.

__X__    Please complete the attached transcript information form as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:  P. McClam
     Deputy Clerk